FILED

2010 DEC 16 PM 2: 34

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE: )    CHAPTER 13
)    CASE NO: **08-51453**
**STEPHEN ODEN** )
)    MARILYN SHEA-STONUM
Debtor(s) )    BANKRUPTCY JUDGE
)
)    TRANSMITTAL OF UNCLAIMED FUNDS

**∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙**

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **STEPHEN ODEN**
   **Check No. 758173**
   **Claim #999**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$245.06** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/13/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*ck # 768401*
*receipt # 82001*

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**STEPHEN ODEN**
**294 BLACK STREET**
**AKRON, OH 44306**
**(Via Regular Mail)**


**VIRGINIA M JUDD ESQ (via ECF)**

**STEPHEN ODEN**
**294 BLACK STREET**
**AKRON, OH 44306**
**(via Regular Mail)**

Date of Service: **12/13/2010**          By: **JoAnn Romig**
                                          Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com